**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGELO PABLO AYALO SEDANO**, | |
| Petitioner, | Civil Action No. 26-8557 (RK) |
| v. | **ORDER** |
| **MARKWAYNE MULLIN**, et. al. | |
| Respondent. | |

**KIRSCH, District Judge**

Before the Court is Angelo Pablo Ayalo Sedano's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF. No. 1.

Petitioner is an immigration detainee confined at Delaney Hall Detenion Facility, Newark, New Jersey, and he alleges that he is unlawfully detained in direct violation of his Due Process rights. ECF No. 1 at 2. Petitioner, a native of Peru, entered the country in July 2013, and later filed an application for asylum. *Id*. at 6. Petitioner was detained after appearing at a routine immigration court hearing. *Id*.

In accordance with Rule 4 of the Rules Governing 2254 Cases ("Habeas Rule 4"), applicable to § 2241 cases through Rule 1(b), scope of the Rules, this Court has screened the Petition for dismissal and determined dismissal without a full answer is not warranted

**THEREFORE, IT IS** on this 13th day of July 2026,

**ORDERED** that the Clerk's Office shall forward a copy of the petition (ECF No. 1) and this Order, to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within three days (3) days of the date of the entry of this Order, Respondents shall file and serve a response which responds to the allegations and grounds in the

habeas petition, and which includes all affirmative defenses Respondents seek to invoke; and it is further

**ORDERED** that within two (2) days of receipt of the response, Petitioner may file a reply to the answer; and it is further

**ORDERED** that the Court's Text Order at ECF No. 3, which stays Petitioner's transfer from New Jersey, shall **REMAIN IN EFFECT** during the pendency of this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by U.S. Mail.

> **HON. Robert Kirsch**
> United States District Judge