**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

Jewell Christian Stewart
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Jewell.stewart@usdoj.gov

main: (973) 645-2700
direct: (973) 297-2024
fax: (973) 297-2010

September 30, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**Re: *Ayalo Sedano v. Mullin et al.,* No. 26-08557 (RK)**
**Request for Extension**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write in accordance with Your Honor's September 23, 2026 Text Order, directing Respondents to provide Petitioner with an individualized bond hearing before an immigration judge within seven days. ECF No. 11.

I misfiled Your Honor's Order in a similarly named habeas case that was adjudicated this week. *See Ayala Maldanado v. Mullins et al,* No. 2:26-cv-11917-SDW. I sincerely apologize for this oversight. Due to this misfiling, this Office has been unable to coordinate with Respondents to schedule a timely bond hearing.

We therefore respectfully request an extension of seven days to provide Petitioner with this bond hearing.

The undersigned is coordinating with Respondents to ensure that Petitioner's bond hearing is prioritized and initially scheduled as soon as possible. Additionally, we respectfully submit that this extension would help ensure that *"Petitioner's counsel shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing outside the seven-day period, if necessary, without seeking this Court's intervention"* in accordance with Your Honor's Order. ECF No. 11. If granted, this Office will also closely coordinate with opposing counsel to ensure compliance.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell C. Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 30, 2026